UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECUNDINO ALVAREZ JORGE, an individual<br><br>Plaintiff,<br><br>vs.<br><br>VIE DE FRANCE YAMAZAKI, INC. a Virginia Corporation; and DOES 1 through 25, inclusive,<br><br>Defendants. | **CASE NO.: 2:21-cv-01311 SVW(KSx)**<br><br>[*Assigned to Judge Stephen V. Wilson*]<br><br>**ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. RULE 41(A)(1)(A)-(B)**<br><br>Complaint Filed: December 23, 2020<br>Trial Date: August 10, 2021 |

# **ORDER**

In consideration of the Parties' Joint Stipulation for Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)-(B), and for good cause shown, it is hereby ordered that the above captioned lawsuit is DISMISSED IN ITS ENTIRETY WITH PREJUDICE. Each party will bear its owns fees and costs.

**IT IS SO ORDERED:**

DATE: July 1, 2021

_____
HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy described as **[PROPOSED] ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. RULE 41(A)(1)(A)-(B)** was on June 30, 2021, served upon all counsel of record electronically by the Court's Case Management System:

| | |
|---|---|
| Hazel U Poei<br>Jackson Lewis LLP<br>725 South Figueroa Street Suite 2500<br>Los Angeles, CA 90017-5408<br>213-689-0404<br>Fax: 213-689-0430<br>Email: hazel.poei@jacksonlewis.com | *Attorneys for Defendant* |
| Ariel Beverly<br>Jackson Lewis PC<br>725 South Figueroa Street Suite 2500<br>Los Angeles, CA 90017<br>213-689-0404<br>Fax: 213-689-0430<br>Email: ariel.beverly@jacksonlewis.com | *Attorneys for Defendant* |

☒ BY NOTICE OF ELECTRONIC FILING: The above-listed counsel has consented to electronic service and have been automatically served by the Notice of Electronic Filing automatically generated by CM/ECF at the time said document was filed and which constitutes service pursuant to FRCP 5(b)(2)(D).

Executed on June 30, 2021, at Los Angeles, California.

By: /s/ Tony Noda